|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | NOV 19 2020 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: TRACEY GODFREY.

_____

TRACEY GODFREY,

        Petitioner,

 v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA, MISSOULA,

        Respondent,

JIM SALMONSON,

        Real Party in Interest.

No. 20-73112

D.C. No. 9:20-cv-00122-DWM
District of Montana,
Missoula

ORDER

Before: CLIFTON, IKUTA, and LEE, Circuit Judges.

    Petitioner has not demonstrated that this case warrants the intervention of the court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977); *see also Demos v. U.S. Dist. Court*, 925 F.2d 1160, 1161 (9th Cir. 1991) ("[T]his court lacks jurisdiction to issue a writ of mandamus to a state court."). Accordingly, the petition is denied.

    Petitioner's motion to proceed in forma pauperis (Docket Entry No. 2) is denied as moot.

No further filings will be accepted in this closed case.

**DENIED.**